Kyle O. Stephens, Esq., Bar No.: 7928
Michael J. Walsh, Esq., Bar No. 10265
**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, NV 89101
Tel: (702) 382-1170
Fax: (702) 382-1169
Attorneys for Christopher Bentley

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

|  |  |
|---|---|
| In re | Case No.:    09-34491-LBR |
| CHRISTOPHER BENTLEY, | Chapter 7 |
| Debtor. | **ANSWER TO INVOLUNTARY BANKRUPTCY PETITION** |

Pursuant to 11 U.S.C. § 303 (d) Christopher Bentley ("Bentley") hereby answers the involuntary petition herein, dated, December 31, 2009, brought by K&L Baxter FLP ("Baxter"), and respectfully shows and alleges:

### FIRST AFFIRMATIVE DEFENSE

1. The involuntary petition fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

2. Bentley has more than twelve creditors therefore the Court should deny Baxter's petition for relief under Section 303 of the Bankruptcy Code.

3. Pursuant to Rule 1003 of Rules of Bankruptcy Procedure, attached hereto is a list of Bentley's creditors with their addresses, estimated claims and a brief description of the nature of the claim.

### THIRD AFFIRMATIVE DEFENSE

4. Baxter is not a creditor of Bentley's and therefore the Court should deny the petition for relief under Section 303 of the Bankruptcy Code.

1

## FOURTH AFFIRMATIVE DEFENSE

2    5.  Bentley is solvent and therefore the Court should deny Baxter's petition for relief

3    under Section 303 of the Bankruptcy Code.

4

## FIFTH AFFIRMATIVE DEFENSE

5    6.  Baxter's claim is contingent and therefore the petition must be dismissed.

6

## SIXTH AFFIRMATIVE DEFENSE

7    7.  There is a bonafide dispute over the petitioning creditor's claim.

8

## SEVENTH AFFIRMATIVE DEFENSE

9    8.  Baxter filed the involuntary bankruptcy petition in bad faith.

10

## EIGHTH AFFIRMATIVE DEFENSE

11    9.  Baxter should be required to post a bond pursuant to Section 303 of the

12    Bankruptcy Code.

13

## NINTH AFFIRMATIVE DEFENSE

14    10. Bentley is entitled to damages, fees and costs under Section 303 (i) of the Bankruptcy

15    Code.

16

## TENTH AFFIRMATIVE DEFENSE

17    11. The records of the Court should be sealed pursuant to Section 303 (1) of the

18    Bankruptcy Code.

19    / / /

20    / / /

21    / / /

22    / / /

23    / / /

24    / / /

25    / / /

26    / / /

27    / / /

28    / / /

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

## ELEVENTH AFFIRMATIVE DEFENSE

12. The Court should enter an Order prohibiting consumer reporting agencies from making any consumer report containing information relating to the involuntary petition.

Wherefore, Bentley respectfully asks this Court to dismiss the involuntary petition with prejudice.

DATED this 2 6 day of January, 2010.

LARSON & STEPHENS

By
Kyle O. Stephens, Bar No. 7928
Attorneys for Christopher Bentley

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

3

**CERTIFICATE OF MAILING**

I hereby certify that on this _26_th day of January, 2010, I caused a true and correct copy of the foregoing **ANSWER TO INVOLUNTARY CHAPTER 7 BANKRUPTCY PETITION** to be sent via ECF and/or U.S. Mail to the following:

Kevin R. Hansen, Esq.
Michael C. Van, Esq.
Shumway Van & Hansen
8985 S. Eastern Ave., Suite 160
Las Vegas, NV 89123
Kevin@shumwayvan.com
Michael@shumwayvan.com

K&L Baxter Family LP
8440 Carmel Ridge Court
Las Vegas, NV 89113

Gilbert B. Weisman, Esq.
Becket & Lee LLP
POB 3001
Malvern, PA 19355-0701
notices@becket-lee.com
Attorneys for American Express Centurion Bank

Office of the United States Trustee
300 Las Vegas Blvd., So., Suite 4300
Las Vegas, NV 89101

An employee of Larson & Stephens

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170    Fax: (702) 382-1169

Christopher Bentley Creditors as of December 31, 2009

| Creditor | Type | Estimated Claim | Address | City State/Zip Code |
|---|---|---|---|---|
| American Express Bank | Line of Credit Business | $50,000 | Box 0001 | Los Angeles, CA 90096 |
| American Express Centurion Bank | Centurion Card | $38,000 | Box 0001 | Los Angeles, CA 90096 |
| American Express Centurion Bank | Optima | $9,700 | Box 0001 | Los Angeles, CA 90096 |
| American Express Centurion Bank | Optima Business | $650 | Box 0001 | Los Angeles, CA 90096 |
| American Express Centurion Bank | Platinum Card Business | $14,000 | Box 0001 | Los Angeles, CA 90096 |
| American General Insurance | Private Vendor | $161 | PO Box 0798 | Carol Stream, IL 60132 |
| Anderson Pest Control | Private Vendor | $44 | 4300 N Pecos, Ste 9 | Las Vegas, NV 89115 |
| Aspen Hills Farms | Private Vendor | $300 | 13080 La Cienega St | Henderson, NV 89044 |
| Bank of America | Line of Credit | $100,000 | PO Box 851001 | Dallas, TX 75285 |
| Bank of America | MasterCard | $34,000 | PO Box 851001 | Dallas, TX 75285 |
| Bank of the West | Line of Credit | $250,000 | PO Box 515274 | Los Angeles, CA 90051 |
| Bank of the West | Equipment Loan 1 | $70,000 | PO Box 4122 | Concord, CA 94524 |
| Bank of the West | Equipment Loan 2 | $80,000 | PO Box 4122 | Concord, CA 94524 |
| Bank of the West | Equipment Loan 3 | $150,000 | PO Box 4122 | Concord, CA 94524 |
| Bank of the West | MasterCard | $8,000 | PO Box 4057 | Concord, CA 94524 |
| Chase | MasterCard | $8,000 | PO Box 94014 | Palatine, IL 60094 |
| Cox Comminications | Private Vendor | $233 | PO Box 53262 | Phoenix, AZ 85072 |
| Dell Leasing | Equipment Lease | $16,500 | PO Box 81577 | Austin, TX 78708-1577 |
| Gerrard, Cox & Larsen | Vendor (Legal Fees) | $12,120 | 2450 St Rose Pkwy, Ste 200 | Henderson, NV 89074 |
| GMC | Auto Loan | $35,000 | PO Box 9001948 | Louisville, KY 40290 |
| Southern Highlands Community Association | Private Vendor | $358 | 11411 Southern Highlnds Pkwy, Ste 120 | Las Vegas, NV 89141 |
| Las Vegas Valley Water District | Private Vendor | $200 | 1001 S Valley View Blvd | Las Vegas, NV |
| Mercedes | Auto Loan | $60,000 | PO Box 9001689 | Louisville, KY 40290 |
| Mona | Loan | $100,000 | 9145 S Las Vegas Blvd | Las Vegas, NV 89123 |
| Nevada State Bank | Development Loan | $4,500,000 | PO Box 990 | Las Vegas, NV 89125 |
| Preferred Homecare | Private Vendor | $202 | PO Box 40700 | Mesa, AZ 85274 |
| NV Energy | Private Vendor | $2,300 | PO Box 30086 | Reno, NV 89520 |
| Par 3 | Private Vendor | $400 | 4610 Wynn Rd, Ste B | Las Vegas, NV 89103 |
| Pool Doctor | Private Vendor | $110 | PMB 213, 1421 N Jones Blvd | Las Vegas, NV 89108 |
| Republic Services | Private Vendor | $40 | PO Box 78040 | Phoenix, AZ 85062 |
| Sams Club | Private Vendor | $1,286 | PO Box 530942 | Atlanta, GA 30353 |
| Southwest Gas | Private Vendor | $250 | PO Box 98890 | Las Vegas, NV 89150 |
| Sovereign Bank | Aircraft Loan | $350,000 | PO Box 12707 | Reading, PA 19612 |
| Embarq | Private Vendor | $50 | PO Box 660068 | Dallas, TX 75266 |
| Storage One | Vendor | $866 | 11330 Dean Martin Dr | Las Vegas, NV 89141 |
| TSI | Private Vendor | $258 | 8550 W Charleston Blvd, Ste 110 | Las Vegas, NV 89117 |
| Wells Fargo | Line of Credit Business | $100,000 | PO Box 54349 | Los Angeles, CA 90054 |
| Wells Fargo | Line of Credit Personal | $35,000 | PO Box 54780 | Los Angeles, CA 90054 |
| Wells Fargo | Home Mortgage 2nd | $390,000 | PO Box 54780 | Los Angeles, CA 90054 |

Page 1 of 2

Christopher Bentley Creditors as of December 31, 2009

| Creditor | Type | Estimated Claim | Address | City/State/Zip Code |
|---|---|---|---|---|
| Wells Fargo | Line of Credit Personal | $30,000 | PO Box 54780 | Los Angeles, CA 90054 |
| Wells Fargo | Visa | $14,500 | PO Box 30086 | Los Angeles, CA 90030 |
| Wells Fargo | Visa | $15,000 | PO Box 30086 | Los Angeles, CA 90030 |
| Wells Fargo | Home Mortgage 1st | $1,820,000 | PO Box 30427 | Los Angeles, CA 90030 |
| K&L Family LP | Loan | $100,000 | 8440 Carmel Ridge Court | Las Vegas, NV 89113 |
| NV Anesthesiology Partners | Private Vendor | $200 | 1930 Village Center Circle, Ste 3-999 | Las Vegas, NV 89134 |
| Christopher Communities HOA | Private Vendor | $700 | 630 Trade Center Dr, Ste 100 | Las Vegas, NV 89119 |