**Entered on Docket**
**May 04, 2010**

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**
_____

KYLE O. STEPHENS, ESQ.
Nevada Bar No. 7928
LARSON & STEPHENS, LLC.
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169
Counsel for Christopher Bentley

Electronically Filed on April 26, 2010

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CHRISTOPHER BENTLEY<br><br>                                Debtor. | Case No.:   09-34491-MKN<br><br>Chapter 7<br><br>Date: March 10, 2010<br>Time: 2:30 p.m. |

### ORDER DENYING MOTION TO DISMISS

This matter having come on regularly before this Court upon the application of the Christopher Bentley ("Bentley")'s Motion to Dismiss, on March 10, 2010 at 2:30 p.m., the Court having reviewed the records and files herein, said cause having been heard and evidence, having been introduced, and said cause having been submitted for Decision, and with good cause appearing,

1

1     **NOW THEREFORE,**

2     **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Bentley's Motion to

3 Dismiss is hereby **Denied;**

5 Prepared and submitted by:

6 **LARSON & STEPHENS, LLC**

7 By __/s/ Kyle O. Stephens__
**Kyle O. Stephens, Esq., Bar No. 7928**
8 810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
9 Attorneys for Christopher Bentley

2

**LR 9021 CERTIFICATION**

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐ The court has waived the requirement of approval under LR 9021.

☒ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

| Kevin R. Hansen, Esq. Attorneys for K&L Baxter FLP | 04/26/10 Approved |
|---|---|

☐ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

I declare under penalty or perjury that the foregoing is true and correct.

LARSON & STEPHENS, LLC

By: /s/ Kyle O. Stephens, Esq.
Kyle O. Stephens, Esq., Bar No. 7928
Michael J. Walsh, Esq., Bar No. 10265
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Attorneys for Christopher Bentley

###