**Entered on Docket
July 13, 2010**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**
_____

KYLE O. STEPHENS, ESQ.
Nevada Bar No. 7928
LARSON & STEPHENS, LLC.
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169
Counsel for Christopher Bentley

Electronically Filed on July 2, 2010

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re

CHRISTOPHER D. BENTLEY,

                           Debtor.

Case No.: 09-34491-MKN

Chapter 7

Date: June 23, 2010
Time: 9:30 a.m.
Courtroom 2

**ORDER ON MOTION FOR ATTORNEYS FEES AND COSTS
UNDER 11 U.S.C. §303(i)(1)**

      This matter having come on regularly before this Court upon the application of Christopher Bentley ("Bentley")'s Motion for Attorney's Fees and Costs Under 11 U.S.C 303, on June 23, 2010 at 9:30 a.m., the Court having reviewed the records and files herein, said cause having been heard and evidence, having been introduced, and said cause having been submitted for Decision, and with good cause appearing, the Court finds that an award of attorney's fees and costs to Bentley is

1

1  justified.  The Court notes that K&L Baxter Family LP did not oppose the Motion for Summary
2  Judgment that was granted in favor of Bentley.  The Court further finds that the attorney's fees and
3  costs demanded by Bentley are reasonable.

   **NOW THEREFORE,**

   **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Bentley's Motion for Attorney's Fees and Costs Under 11 U.S.C. § 303(i)(1) is hereby **GRANTED** in Bentley's favor**;**

   **IT IS FURTHER ORDERED, ADJUDGED AND DECREED**  that Bentley is awarded its attorney's fees and costs in the amount of $6,867.85 to be paid by K&L Baxter Family LP;

Prepared and submitted by:

**LARSON & STEPHENS, LLC**

**By**__/s/ Kyle O. Stephens_____
Kyle O. Stephens, Esq., Bar No. 7928
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Attorneys for Christopher Bentley


**SHUMWAY VAN & HANSEN, CHTD.**

**By**__/s/ Kevin R. Hansen_____
Kevin R. Hansen, Esq., Bar No. 6336
8985 S. Eastern Ave., Suite 160
Las Vegas, NV 89123
Attorneys for K&L Baxter FLP

**LR 9021 CERTIFICATION**

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐ The court has waived the requirement of approval under LR 9021.

☒ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

| Kevin R. Hansen, Esq. | 07/01/10 |
| Attorneys for K&L Baxter FLP | Approved |

☐ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

I declare under penalty or perjury that the foregoing is true and correct.

LARSON & STEPHENS, LLC

By: /s/ Kyle O. Stephens, Esq.
Kyle O. Stephens, Esq., Bar No. 7928
Michael J. Walsh, Esq., Bar No. 10265
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Attorneys for The Bentley Group, Inc.

###